IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

THE CINCINNATI INSURANCE      )
COMPANY,                      )
                              )
          Plaintiff,          )
                              )
     v.                       )   1:02CV00057
                              )
AAFAB, INC., ADVANCE LOGISTICS )
CORP., BEST TRUCKING CO. OF   )
SUMTER, INC., C & C TRUCKING  )
OF DUNCAN, INC., CHRISTENSON  )
TRANSPORTATION , INC., CONROY )
LOGISTICS, INC., CROSSROADS   )
ENTERPRISES, INC.,            )
CV TRANSPORT, INC.,           )
DEPENDABLE MOBILE HOME        )
TRANSPORT, INC., FAMILIES     )
REFRIGERATED TRANSPORT, INC., )
GAMECOCK TRANSPORTATION       )
SERVICES, INC., GNH TRUCKING, )
INC., GULF STATE LOGISTICS CO., )
HAYWOOD TRUCKING, INC., HEYL  )
LOGISTICS, INC., HFT, INC.,   )
HIGH RIDGE LOGISTICS, INC.,   )
HORIZON FREIGHT SYSTEMS, INC., )
INTERSTATE TRANSPORTATION, INC.,)
J & H TRUCKING, INC., DANNY J. )
FOWLER, d/b/a JMT EXPRESS,    )
JERRY SMITH TRANSFER, INC.,   )
JOHN J. JERUE TRANSPORTATION, )
INC., KARRIERS, INC., KOHEL   )
INTERSTATE TRANSPORT CORP.,   )
M & G TANK LINES, INC.,       )
NATIONAL CARRIERS, INC.,      )
ON TIME TRUCKING, INC.,       )
PALMETTO STATE TRANSFER, INC., )
QUAKER TRANSPORT, INC.,       )
R.A. GUILL & SONS, INC.,      )
SERV-U, INC., SOUTHWEST EXPRESS,)
INC., STYER TRANSPORTATION CO., )
SUNBELT FINANCE, L.L.C.,      )
T.G. STEGALL TRUCKING COMPANY, )
INC., TRANSIT GROUP           )
TRANSPORTATION, LLC, d/b/a    )
CAROLINA PACIFIC, TRANS-SERVICE )

| | |
|---|---|
| LOGISTICS, INC., TRAVCO | ) |
| TRUCKING, INC., TRIPLE M | ) |
| TRANSPORT, INC., VOLUNTEER | ) |
| TRUCKING, INC., WILKES | ) |
| LOGISTICS, LLC, | ) |
| | ) |
| Defendants. | ) |

O R D E R

By order dated June, 28, 2004, this court required that all claimants asserting a claim against the $9,750.00, which was interpleaded into this court by The Cincinnati Insurance Company, should timely file a proof of claim within 30 days of the order. Time has expired and thirteen claimants have supported their claims.

Attached hereto as Exhibit A is a list of all timely filed proofs of claim together with the amount claimed. The last column represents the pro rata amount of the claim to be paid from the $9,750.00 fund which the court has.

The claimants shall have thirty (30) days from the filing date of this order within which to object and state the reasons for the objection if any exists. Otherwise, the fund shall be paid in the pro rata amount set forth. Failure to timely object shall be considered as consent to the disbursement.

This the 18th day of September 2006.

_____
United States District Judge

| Name & Address of Claimant | Date Filed | Total Claimed | Pro Rata Amount Allowed |
| --- | --- | --- | --- |
| T.G. Stegall Trucking Co., Inc.<br>P.O. Box. 98<br>Mathews, NC 28106 | 7-6-2004 | $1,488.00 | $271.70 |
| J&H Trucking, Inc.<br>P.O. Box 131<br>Andover, KS 67002 | 7-6-2004 | $1,900.00 | $346.94 |
| C&C Trucking of Duncan<br>496 Robin Lake Rd.<br>P.O. Box 705<br>Duncan, SC 29334 | 7-6-2004 | $5,947.00 | $1,085.92 |
| Quaker Transport Inc.<br>P.O. Box 10125<br>Lancaster, PA 17605-0125 | 7-8-2004 | $700.00 | $127.82 |
| Christenson Transportation Inc.<br>P.O. Box 4267<br>Springfield, MO 65802 | 7-12-2004 | $795.00 | $145.16 |
| Dependable Mobile Home Transport, Inc.<br>1575 E. Centre St.<br>Rapid City, SD 57703 | 7-13-2004 | $24,462.00 | $4,466.70 |
| Haywood Trucking , Inc.<br>673 N. Bierdeman Rd.<br>Jackson, MS 39208 | 7-15-2004 | $6,346.00 | $1,158.77 |
| National Carriers, Inc.<br>1501 E. 8th St.<br>Liberal, KS 67901 | 7-16-2004 | $2,410.00 | $440.06 |
| Heyl Logistics Inc.<br>P.O. Box 90410<br>Sioux Falls, SD 57109-0410 | 7-19-2004 | $700.00 | $127.82 |
| Serv-U Inc<br>120 S. Oldham St.<br>Baltimore, MD 21224 | 7-19-2004 | $455.00 | $83.08 |
| Kohel Interstate Transport Corp.<br>1425 E. Ramsdell St.<br>Marion, WI 54950 | 7-26-2004 | $600.00 | $109.56 |

| E&H Transport Network
2180 Las Palmas Dr.
Carlsbad, CA 92009 | 7-28-2006 | $2,632.00 | $480.60 |
| Gulf State Logistics Co.
Div. Of Colorado Boxed Beef
P.O. Box. 899
Winter Haven, FL 33882-899 | 7-30-2006 | $4,961.00 | $905.87 |

The Cincinnati Ins. Co. v. AAFAB, Inc.
1:02CV00057

**EXHIBIT A**