IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:02CV00057 |
| AAFAB, INC., ADVANCE LOGISTICS CORP., BEST TRUCKING CO. OF SUMTER, INC., C & C TRUCKING OF DUNCAN, INC., CHRISTENSON TRANSPORTATION , INC., CONROY LOGISTICS, INC., CROSSROADS ENTERPRISES, INC., CV TRANSPORT, INC., DEPENDABLE MOBILE HOME TRANSPORT, INC., FAMILIES REFRIGERATED TRANSPORT, INC., GAMECOCK TRANSPORTATION SERVICES, INC., GNH TRUCKING, INC., GULF STATE LOGISTICS CO., HAYWOOD TRUCKING, INC., HEYL LOGISTICS, INC., HFT, INC., HIGH RIDGE LOGISTICS, INC., HORIZON FREIGHT SYSTEMS, INC., INTERSTATE TRANSPORTATION, INC., J & H TRUCKING, INC., DANNY J. FOWLER, d/b/a JMT EXPRESS, JERRY SMITH TRANSFER, INC., JOHN J. JERUE TRANSPORTATION, INC., KARRIERS, INC., KOHEL INTERSTATE TRANSPORT CORP., M & G TANK LINES, INC., NATIONAL CARRIERS, INC., ON TIME TRUCKING, INC., PALMETTO STATE TRANSFER, INC., QUAKER TRANSPORT, INC., R.A. GUILL & SONS, INC., SERV-U, INC., SOUTHWEST EXPRESS, INC., STYER TRANSPORTATION CO., SUNBELT FINANCE, L.L.C., T.G. STEGALL TRUCKING COMPANY, INC., TRANSIT GROUP TRANSPORTATION, LLC, d/b/a CAROLINA PACIFIC, TRANS-SERVICE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

```
LOGISTICS, INC., TRAVCO        )
TRUCKING, INC., TRIPLE M       )
TRANSPORT, INC., VOLUNTEER     )
TRUCKING, INC., WILKES         )
LOGISTICS, LLC,                )
                               )
        Defendants.            )
```

O R D E R

No timely objection having been lodged to the order of this court of September 18, 2006, in which the court set forth a proposed distribution of $9,750.00, which was interpleaded into the court by Cincinnati Insurance Company,

IT IS ORDERED that the clerk of this court shall disburse the interpleaded $9,750.00, in accordance with Exhibit A attached hereto.

This the 30th day of November 2006.

/s/ William L. Osteen
United States District Judge

| Name & Address of Claimant | Date Filed | Total Claimed | Pro Rata Amount Allowed |
|---|---|---|---|
| T.G. Stegall Trucking Co., Inc.<br>P.O. Box. 98<br>Mathews, NC 28106 | 7-6-2004 | $1,488.00 | $271.70 |
| J&H Trucking, Inc.<br>P.O. Box 131<br>Andover, KS 67002 | 7-6-2004 | $1,900.00 | $346.94 |
| C&C Trucking of Duncan<br>496 Robin Lake Rd.<br>P.O. Box 705<br>Duncan, SC 29334 | 7-6-2004 | $5,947.00 | $1,085.92 |
| Quaker Transport Inc.<br>P.O. Box 10125<br>Lancaster, PA 17605-0125 | 7-8-2004 | $700.00 | $127.82 |
| Christenson Transportation Inc.<br>P.O. Box 4267<br>Springfield, MO 65802 | 7-12-2004 | $795.00 | $145.16 |
| Dependable Mobile Home Transport, Inc.<br>1575 E. Centre St.<br>Rapid City, SD 57703 | 7-13-2004 | $24,462.00 | $4,466.70 |
| Haywood Trucking , Inc.<br>673 N. Bierdeman Rd.<br>Jackson, MS 39208 | 7-15-2004 | $6,346.00 | $1,158.77 |
| National Carriers, Inc.<br>1501 E. 8th St.<br>Liberal, KS 67901 | 7-16-2004 | $2,410.00 | $440.06 |
| Heyl Logistics Inc.<br>P.O. Box 90410<br>Sioux Falls, SD 57109-0410 | 7-19-2004 | $700.00 | $127.82 |
| Serv-U Inc<br>120 S. Oldham St.<br>Baltimore, MD 21224 | 7-19-2004 | $455.00 | $83.08 |
| Kohel Interstate Transport Corp.<br>1425 E. Ramsdell St.<br>Marion, WI 54950 | 7-26-2004 | $600.00 | $109.56 |

| E&H Transport Network<br>2180 Las Palmas Dr.<br>Carlsbad, CA 92009 | 7-28-2006 | $2,632.00 | $480.60 |
|---|---|---|---|
| Gulf State Logistics Co.<br>Div. Of Colorado Boxed Beef<br>P.O. Box. 899<br>Winter Haven, FL 33882-899 | 7-30-2006 | $4,961.00 | $905.87 |

The Cincinnati Ins. Co. v. AAFAB, Inc.
1:02CV00057

**EXHIBIT A**