THE CINCINNATI INSURANCE        )
COMPANY,                        )
                                )
          Plaintiff,            )
                                )
     v.                         )   1:02CV00057
                                )
AAFAB, INC., ADVANCE LOGISTICS  )
CORP., BEST TRUCKING CO. OF     )
SUMTER, INC., C & C TRUCKING    )
OF DUNCAN, INC., CHRISTENSON    )
TRANSPORTATION , INC., CONROY   )
LOGISTICS, INC., CROSSROADS     )
ENTERPRISES, INC.,              )
CV TRANSPORT, INC.,             )
DEPENDABLE MOBILE HOME          )
TRANSPORT, INC., FAMILIES       )
REFRIGERATED TRANSPORT, INC.,   )
GAMECOCK TRANSPORTATION         )
SERVICES, INC., GNH TRUCKING,   )
INC., GULF STATE LOGISTICS CO., )
HAYWOOD TRUCKING, INC., HEYL    )
LOGISTICS, INC., HFT, INC.,     )
HIGH RIDGE LOGISTICS, INC.,     )
HORIZON FREIGHT SYSTEMS, INC.,  )
INTERSTATE TRANSPORTATION, INC.,)
J & H TRUCKING, INC., DANNY J.  )
FOWLER, d/b/a JMT EXPRESS,      )
JERRY SMITH TRANSFER, INC.,     )
JOHN J. JERUE TRANSPORTATION,   )
INC., KARRIERS, INC., KOHEL     )
INTERSTATE TRANSPORT CORP.,     )
M & G TANK LINES, INC.,         )
NATIONAL CARRIERS, INC.,        )
ON TIME TRUCKING, INC.,         )
PALMETTO STATE TRANSFER, INC.,  )
QUAKER TRANSPORT, INC.,         )
R.A. GUILL & SONS, INC.,        )
SERV-U, INC., SOUTHWEST EXPRESS,)
INC., STYER TRANSPORTATION CO., )
SUNBELT FINANCE, L.L.C.,        )
T.G. STEGALL TRUCKING COMPANY,  )
INC., TRANSIT GROUP             )
TRANSPORTATION, LLC, d/b/a      )
CAROLINA PACIFIC, TRANS-SERVICE )

```
LOGISTICS, INC., TRAVCO          )
TRUCKING, INC., TRIPLE M         )
TRANSPORT, INC., VOLUNTEER       )
TRUCKING, INC., WILKES           )
LOGISTICS, LLC,                  )
                                 )
          Defendants.            )
```

### JUDGMENT

     The court has now settled all matters in controversy in this proceeding.

     IT IS THEREFORE ORDERED that the proceedings herein are terminated.

     This the 4th day of December 2006.


_____
United States District Judge